UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRALLAN A. PEREZ ALARCON,

Petitioner,

-v-

IMMIGRATION (DHS) et al.,

Respondents.

---

26-CV-6357 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 24, 2026, Petitioner, proceeding without counsel, filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On August 19, 2026, the Government filed a letter indicating that Petitioner requested a bond hearing with the immigration court and was denied bond by the Immigration Judge ("IJ"). ECF No. 13. Given this development, as well as the Court's prior rulings, the Government stated that it "would not oppose the limited relief of a burden-shifted bond hearing." *Id.*

In light of the Government's letter, the writ of habeas corpus is GRANTED and, **no sooner than seven days and no later than fourteen days from the date of this Order,** the immigration court is ORDERED to hold an individualized bond hearing at which the burden is on the Government to show, by clear and convincing evidence, the need for Petitioner's continued detention and the IJ is required to consider his ability to pay and alternative means of assuring his appearance. No later than **September 4, 2026**, Respondents shall file a letter with the Court certifying that Petitioner has received such a bond hearing and the results of the hearing.

The Court reserves judgment on whether Petitioner is entitled to immediate release. In

the event the burden-shifted bond hearing does not result in his release, Petitioner shall file any brief in support of his position that that is the appropriate form of relief no later than **September 18, 2026.** In that event, Respondents shall file any opposition no later than **September 25, 2026,** and Petitioner shall file any reply no later than **October 9, 2026**.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge