UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BRALLAN A. PEREZ ALARCON,

Petitioner,

-v-

IMMIGRATION (DHS) et al.,

Respondents.

---------------------------------------------------------------------X

26-CV-6357 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 8, 2026, the Court received returned mail of ECF Nos. 15-16, previously sent to Petitioner on August 23, 2026. The Government is hereby directed to ensure that the Court's Orders at ECF Nos. 15-16, as well as the Memorandum Opinion and Order at ECF No. 24, are served on Petitioner within **two business days of the Order**. Within **three business days of this Order**, the Government shall file a letter confirming Petitioner was served and providing the correct address for Petitioner.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge